**Opinion issued October 26, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-23-00763-CV**

_____

## IN RE CHIQUIA ROBERSON AND ROBERSON LAW FIRM PLLC, Relators

_____

**Original Proceeding on Petition for Writ of Mandamus**

_____

### MEMORANDUM OPINION

Relators, ChiQuia Roberson and Roberson Law Firm PLLC, have filed a petition for writ of mandamus challenging the trial court's September 14, 2023 order compelling responses and production regarding post-judgment discovery requests.[1] We deny the petition.

### PER CURIAM

Panel consists of Justices Goodman, Rivas-Molloy, and Guerra.

---

[1] The underlying case is *Tasha Malek v. Benjamin F. Tate III,* cause number 17-DCV-246907, pending in the 400th District Court of Fort Bend County, Texas, the Honorable Tameika Carter presiding.